UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:06-CR-105 |
| | ) | (VARLAN/GUYTON) |
| ANTONIO ROBINSON, | ) | |
| Defendant. | ) | |

## **ORDER**

This criminal case is before the Court on defendant Antonio Robinson's Motion to Continue [Doc. 15], in which he requests a continuance of the trial of this case, which is currently scheduled for Tuesday, June 26, 2007. In support of the motion, counsel for the defendant states that counsel needs additional time to properly prepare for trial. The defendant also states that counsel for the government does not object to the requested continuance.

Upon consideration of defendant's motion, it appears that additional time is needed to allow for effective trial preparation by defense counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that failure to grant the requested continuance could likely result in a miscarriage of justice if the parties are not given sufficient time to prepare for trial. 18 U.S.C. § 3161(h)(8)(B)(i). It is therefore the finding of this Court that the ends of justice served by the granting of such continuance

outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Accordingly, defendant's motion to continue [Doc. 15] is hereby **GRANTED** and defendant's trial is rescheduled for Thursday, July 26, 2007 at 1:30 p.m.  The period of time between the current trial date, June 26, 2007, and the new trial date, July 26, 2007, shall be excludable time from the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B).

IT IS SO ORDERED *NUNC PRO TUNC* June 25, 2007.

       s/ Thomas A. Varlan
       UNITED STATES DISTRICT JUDGE